# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2019

158939

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

MATTHEW ELIOTT CRUMLEY,
       Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158939
COA: 344293
Macomb CC: 2013-001445-FC

On order of the Court, the application for leave to appeal the November 16, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



p0911

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2019



Clerk